No. 93–8338. PARISH *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–8342. BOALBEY *v.* ROCK ISLAND COUNTY ET AL. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 93–8347. ATKINSON *v.* IDAHO. Ct. App. Idaho. Certiorari denied.

No. 93–8352. WATSON *v.* TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 93–8356. JONES *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 93–8375. CONBOY *v.* BUREAU OF NATIONAL AFFAIRS, INC. C. A. D. C. Cir. Certiorari denied.

No. 93–8386. WALKER *v.* TEXAS ET AL. Sup. Ct. Tex. Certiorari denied.

No. 93–8406. BIDDINGS *v.* BRIGANO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–8433. RYLES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8435. LUCKETTE *v.* RYAN, WARDEN, ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 93–8461. CURCIO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–8462. WATSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8507. POLLARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8524. DRIESSE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–8525. BURRELL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.